IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HORACE L. AMERSON,<br><br>        Petitioner,<br><br>vs.<br><br>ROB JEFFREYS,<br><br>        Respondent. | **8:24CV440**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on a motion filed by Respondent seeking a 30-day extension of deadline to reply to Petitioner's response in opposition to Respondent's Motion for Summary Judgment. Filing No. 16. As cause, counsel for Respondent submits that due to work-related time constraints he requires additional time to review Petitioner's response and to complete his brief. *Id.*

IT IS THEREFORE ORDERED that:

1. Respondent's Motion, Filing No. 16, is granted. Respondent shall have until **June 9, 2025**, to file a reply to Petitioner's response in opposition to Respondent's Motion for Summary Judgment.

2. The clerk's office is directed to set the following pro se case management deadline: **June 9, 2025**: check for Respondent's reply brief.

Dated this 8th day of May, 2025.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge