IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

HORACE L. AMERSON,

Petitioner,

vs.

ROB JEFFREYS,

Respondent.

**8:24CV440**

**MEMORANDUM AND ORDER**

This matter is before the Court on a motion filed by Petitioner Horace L. Amerson, Filing No. 31, objecting to a motion filed by Respondent seeking additional time to file a response to Petitioner's amended supplemental brief, *see* Filing No. 27, which was already granted by this Court, *see* Filing No. 28. In support, Petitioner argues that the Court had previously granted Respondent 30 days to file his response and Respondent's motion was untimely. Filing No. 31.

As the Court already addressed the untimeliness argument raised by Petitioner and granted Respondent's Motion, *see* Filing No. 28 at 1, and as Respondent has since filed his response to the amended supplemental brief, *see* Filing No. 30, Petitioner's motion is moot.

IT IS THEREFORE ORDERED that the Motion, Filing No. 31, is denied with prejudice.

Dated this 2nd day of September, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge